IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
98 NOV 10 PM 2:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| HARVEY LOUIS THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 98-P-1820-NE |
| | ) | |
| STATE OF ALABAMA and | ) | |
| 6TH AVENUE CARWASH, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
NOV 10 1998

## MEMORANDUM OF OPINION

Plaintiff, Harvey Louis Thompson, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. On October 14, 1998, the magistrate judge filed a report and recommendation recommending that the claims against the State of Alabama be dismissed on the basis of Eleventh Amendment immunity pursuant to 28 U.S.C. § 1915A(b)(2) and that the claims against the 6th Avenue Carwash be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this __10th__ day of __Nov.__, 1998.

*[signature]*

SAM C. POINTER, JR.
CHIEF DISTRICT JUDGE